Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq.  (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff GUILLERMO ROBLES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO ROBLES, an individual, | Case No.: 2:16-cv-09474-SVW-PJW |
| Plaintiff, | Hon. Stephen V. Wilson |
| v. | **NOTICE OF SETTLEMENT** |
| PANDA EXPRESS, INC., a California Corporation, | Complaint Filed: December 22, 2016<br>Trial Date: August 15, 2017 |
| Defendant. | |

1 | Please take notice that Plaintiff, GUILLERMO ROBLES and Defendant, PANDA EXPRESS, INC., by and through their counsel of record, have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents. The appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of a final settlement agreement.

## CERTIFICATE OF SERVICE

I certify that on June 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: June 29, 2017  **MANNING LAW, APC**

By: */s/ Michael J. Manning, Esq.*
Michael J. Manning, Esq.
Joseph R. Manning, Jr., Esq.
Tristan P. Jankowski, Esq.

Attorneys for Plaintiff,
GUILLERMO ROBLES

NOTICE OF SETTLEMENT
2