Joseph R. Manning, Jr. (SBN 223381)
Tristan P. Jankowski (SBN 290301)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

Attorneys for Plaintiff
GUILLERMO ROBLES

Robert W. Conti (SBN 137307)
Brian E. Cole, II, (SBN 305830)
Littler Mendelson P.C.
2050 Main Street, Suite 900
Irvine, CA 92614
(949) 705-3000
RConti@littler.com
BCole@littler.com

Attorneys for Defendant

PANDA EXPRESS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| GUILLERMO ROBLES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PANDA EXPRESS, INC., a California corporation, <br><br><br> Defendant. | Case No.: 2:16-cv-09474-SVW-PJW <br><br> Hon. Stephen Wilson <br><br> **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Complaint Filed: December 22, 2016 <br> Trial Date: August 15, 2017 |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1

2 **TO THE COURT AND ALL PARTIES:**

3      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

4 Plaintiff Guillermo Robles ("Plaintiff") and Panda Express, Inc. stipulate and

5 jointly request that this Court enter a dismissal with prejudice of Plaintiff's

6 Complaint in the above-entitled action, in its entirety.  Each party shall bear his or

7 its own costs and attorneys' expenses.

8

9      IT IS SO STIPULATED.

10

11                              Respectfully submitted,

12
       DATED: July 6, 2017        **MANNING LAW, APC**
13
                                  By: /s/*Tristan P. Jankowski*
14                                _____
                                      Tristan P. Jankowski
15                                    Attorney for Plaintiff
                                      GUILLERMO ROBLES
16

17     DATED:July 6, 2017         Littler Mendelson P.C.

18                                By: /s/ *Brian E. Cole II*
                                  _____
19                                    Brian E. Cole, II
                                      Attorneys for Defendant
20                                    PANDA EXPRESS, INC.

21

22          **Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

23      Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Tristan P. Jankowski, hereby do

24 attest that all signatories listed, and on whose behalf the filing is submitted, concur

25 in the filing's content and have authorized the filing.

26

27 DATED: July 6, 2017          By: /s/ *Tristan P. Jankowski*

28